**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2412

_____

BHASKAR KOUKUNTLA,

        Plaintiff - Appellant,

     v.

TOLL BROS, INC.,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:23-cv-00701-BO-RJ)

_____

Submitted:  June 18, 2026                                        Decided:  June 23, 2026

_____

Before GREGORY and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Bhaskar Koukuntla, Appellant Pro Se.  Haseeb S. Fatmi, Rita Beard Robertson, OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C., Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bhaskar Koukuntla, who brought an action against Toll Bros., Inc. ("Toll") alleging, in part, that Toll refused to hire him because of his race (Asian-Indian), color (Brown), religion (Hindu), and national origin (India), in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and because of his age, in violation of the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 to 634, appeals the district court's order (1) granting Toll summary judgment on Koukuntla's claims and, alternatively, dismissing Koukuntla's action as a discovery sanction, pursuant to Fed. R. Civ. P. 37; and (2) denying Koukuntla's several miscellaneous motions. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Koukuntla v. Toll Bros., Inc.*, No. 5:23-cv-00701-BO-RJ (E.D.N.C. Nov. 6, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*